# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CASE NUMBER 1:13-CR-38 |
| v. § | |
| § | |
| § | |
| CHARLES GREGORY ORTA § | |

### ORDER DENYING DEFENDANT'S *PRO SE* MOTIONS

The court referred Defendant, Charles Gregory Orta's, *Pro Se Motion to Modify Terms of Supervised Release* filed on September 9, 2022 (Dkt. #80) *and Pro Se Motion for Clarification and for Specific Performance* (Dkt. #81) filed on September 20, 2022, to Magistrate Judge Hawthorn for disposition. (Dkt. #88.) After review and consideration, Judge Hawthorn issued reports recommending denying Orta's motions. (Dkt. #91 and 93.)

Neither party filed objections to Judge Hawthorn's recommendations. The court finds that Judge Hawthorn's findings are correct and accepts his recommendation to deny the Defendant's motions. Accordingly,

the Court ADOPTS Judge Hawthorn's reports (Dkt. #91 and 93) and DENIES the Defendant's *Pro Se Motion to Modify Terms of Supervised Release* (Dkt. #80) *and Pro Se Motion for Clarification and for Specific Performance* (Dkt. #81). It is further

ORDERED that the Government's *Motion to Dismiss the Defendant's Motion to Modify Terms of Supervised Release as Barred by Waiver* (Dkt. #86) is DENIED as MOOT.

**SIGNED this 6th day of June, 2024.**

Michael J. Truncale
United States District Judge